1406

## MOTION DOCKET

**89–310.** State v. Wickline. *Franklin County*, No. 87AP–46. On motion for reconsideration under S.Ct.Prac.R. XI(1)(B). *Motion denied.*
WRIGHT, J., not participating.
On motion to set execution date. Motion granted.
WRIGHT, J., not participating.
On motion to strike. Motion denied.
WRIGHT, J., not participating.

**94–1174.** State v. Mays. *Cuyahoga County*, No. 67262. On motion to cancel/revoke bond. Motion granted.
MOYER, C.J., and WRIGHT, J., dissent.

**94–1493.** State ex rel. Pope v. Indus. Comm. *Franklin County*, No. 93APD06–862. On request for oral argument. Request granted and briefing ordered to proceed on the issue raised.
COOK, J., dissents.

**94–1494.** State ex rel. Davis v. Indus. Comm. *Franklin County*, No. 93APD06–914. On request for oral argument. Request denied.

**95–1209.** Wagner v. Roche Laboratories. *Lucas County*, Nos. L–93–187 and L–93–277. On motion for admission *pro hac vice* of John Winter by Irene Keyse–Walker. Motion granted.
F.E. SWEENEY, PFEIFER and COOK, JJ., dissent.

**95–1239.** Young v. The Morning Journal. *Lorain County*, No. 94CA005952. On motion to strike. Motion granted.
WRIGHT and PFEIFER, JJ., dissent.

**95–1297.** State ex rel. Midwest Pride IV, Inc. v. Pontious. *Fayette County*, No. CA94–09–008. On request for oral argument. Request denied.

**95–1514.** Texas E. Transm. Corp. v. Tracy. Board of Tax Appeals, No. 93–P–594. On request for oral argument before full court. Request granted. *Sua sponte*, cause consolidated with 95–1515, *Panhandle E. Pipeline Co.*, Board of Tax Appeals, No. 93–P–595.

**95–1536.** ALLTEL Ohio, Inc. v. Pub. Util. Comm. Public Utilities Commission, No. 94–2012–TP–ACE. On motion for leave to intervene by MCI Metro Access Transmission Services, Inc. Motion granted.
RESNICK, J., not participating.

**95–1537.** ALLTEL Ohio, Inc. v. Pub. Util. Comm. Public Utilities Commission, No. 94–2019–TP–ACE. On motion for leave to intervene by MRS Intelenet of Ohio, Inc. Motion granted.
RESNICK, J., not participating.

**95–1708.** State v. Triplett. *Cuyahoga County*, No. 67450. On motion to strike appellant's Proposition of Law No. II. Motion denied.
WRIGHT, F.E. SWEENEY and COOK, JJ., dissent.

**95–1762.** State v. Cook. *Hamilton County*, No. C–900676. On motion for reconsideration under S.Ct.Prac.R. XI(1)(B). Motion denied.
WRIGHT, J., not participating.